Same case below, 407 Fed. Appx. 853.

**No. 10-9857. Luke A. Bailey, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3397.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9859. Lynn Barnard Baldwin, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3370.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 762.

**No. 10-9863. Isaih Veytia, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3483.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 248.

**No. 10-9864. Luis Adan Urena-Gonzalez, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3536.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9875. Donald Tiberio Armstrong, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3519.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 722.

**No. 10-9878. Randall Kirk Bell, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2894, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3524.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9894. Benjamin Blount, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2895, 179 L. Ed. 2d 1203, 2011 U.S. LEXIS 3466.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 3.